# EXHIBIT 8

# FORBES EXPERT REPORT

# John M. Graham, Jr., M.D., ScD

## CREDENTIALS

1) I am a board-certified pediatrician and medical geneticist, with over 35 years of training and experience in clinical genetics, dysmorphology, teratology, developmental disabilities, communicative disorders, and public health aspects of birth defects.

2) I completed a pediatric internship and residency, as well as fellowships in developmental disabilities and dysmorphology. During my dysmorphology training, I did original research on the teratogenic effects of alcohol, fetal constraint, and maternal hyperthermia. This work was published in peer-reviewed journals, and since that time, I have continued to publish on teratogenic syndromes, genetic syndromes, and other factors that cause birth defects.

3) I was a steering committee member and co-founder of the David W. Smith Workshop on Malformations and Morphogenesis, which is a nationally recognized conference on the causes of birth defects, which has been held annually since 1980, and I continue to attend and advise organizers of this meeting. I hold a Professor of Pediatrics Emeritus Lifetime Appointment at UCLA School of Medicine, where I am on the UCLA Intercampus Medical Genetics Training Program Executive Committee. Beginning in 1988, I served as Director of Clinical Genetics and Dysmorphology at Cedars Sinai Medical Center (CSMC) in Los Angeles. I recently retired from this full-time position, but I continue to treat patients at CSMC and Harbor-UCLA Medical Center, and I teach genetics, teratology, embryology, and dysmorphology to medical students at UCLA and

this report, as well as textbooks, guidelines, and general literature reviews that have been part of my years of experience and training.

## BACKGROUND

11) I am familiar with and have reviewed the scientific data addressing the human reproductive and developmental effects of valproic acid (Depakote or VPA).

12) I was asked to discuss the general science of teratology and address the cause of B.F.'s spina bifida. In conducting this analysis, I employed the same methodology as I regularly employ in my clinical practice and research. Expressed to a reasonable degree of medical and scientific certainty, my opinions are based on available publications, the materials that I considered for this case (Appendix C), the references set forth below, and my previous education, training, research, and experience. If new information becomes available, I reserve the right to amend or supplement my opinions.

### The Science of Birth Defects:  Background Rates and Causes

13) Every infant born in the U.S. has at least a 3%-5% risk of being born with a structural defect, such as a malformation (2-3%) or deformation (2-3%), and an even higher risk (approximately 10%) of being born with internal anomalies or functional deficits, which might not become apparent until later in life (Graham and Sanchez-Lara, 2015; Jones, Jones and Del Campo, 2013). The specific cause of most isolated congenital anomalies is unknown in the vast majority of cases. In at least 95% of spina bifida cases, the cause is unknown.

14) Almost all birth defects, and spina bifida in particular, are multi-factorial and include a combination of both genetic and environmental (or teratogenic) influences. (Holmes et al. 2012; see also www.marchofdimes.org, www.cdc.gov;