No. 4:12 cv - 01760

FORBES
vs.

ABBOT ET AL

**United States District Court**

Eastern District of Missouri

6/6/16 , 20 16

**MEMORANDUM FOR CLERK**

CAUSE PASSED FOR
SETTLEMENT.

So Ordered

6/6/16

Atty for D
#27227

Donalla Bowie 621-1520
Atty For Plaintiff
27027

Attorney for Plaintiff
Defendant